**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LINDA LARACH-COHEN, et al.,

                      Plaintiffs,                                  19 **CIVIL** 7623 (LTS)(SDA)

          -against-                                           **JUDGMENT**

DAVID C. BANKS, et al.,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 28, 2022, Plaintiffs' motion for attorneys' fees is denied with prejudice insofar as it seeks fees and costs in connection with this action, and denied without prejudice insofar as it seeks fees and costs in connection with the underlying administrative proceeding, and Plaintiffs' remaining pendency claim is dismissed.

**Dated:**  New York, New York
         October 28, 2022

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**
                **BY:**             K. Mango
                                        **Deputy Clerk**